585 A.2d 358

IN THE MATTER OF WOODHAVEN LUMBER.

STATE OF NEW JERSEY v. ASBURY PARK PRESS.

July 17, 1990.

Leave to appeal granted.